THIRD DEPARTMENT, MAY, 1944.

(May 1, 1944.)

In the Matter of BILLIE B. ANGELL, Individually and as Coexecutor and Cotrustee under the Will of KEITH B. ANGELL, Deceased.— Stay granted until the hearing and determination of the appeal in this court. Cross motion to dismiss appeal, insofar as it seeks to review the proceedings by which special guardian was appointed, will be decided when the appeal is heard. Bliss, Acting P. J., Heffernan, Schenck and Brewster, JJ., concur; Hill, P. J., taking no part.